UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| ELKHORN-HAZARD COAL LAND, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ENTERPRISE MINING COMPANY, LLC, <br><br> Defendant. | Civil No. 13-108-ART <br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** that:

(1) Elkhorn's motion for summary judgment is **DENIED**.

(2) Enterprise's motion for summary judgment is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Enterprise.

(3) This is a **FINAL AND APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 18th day of February, 2015.



Signed By:
*Amul R. Thapar*
United States District Judge